UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN BRAY,

      Plaintiff,

v.                                             Case No: 2:12-cv-282-FtM-38UAM

PAETEC COMMUNICATIONS, INC.
and WINDSTREAM
COMMUNICATIONS, INC.,

      Defendants.
_____/

### ORDER[1]

Pursuant to the Court's Standing Order, "[a] party who electronically files a document exceeding twenty-five (25) pages (including exhibits) in length must provide a courtesy copy of the document (including exhibits) in paper format to the assigned judge's chambers." (Doc. #2). To date, the Court has not received a courtesy copy of Defendants' Motion for Summary Judgment and its accompanying exhibits, over 250 pages worth of documents. (Doc. #39, Doc. #40).

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Defendants shall provide a courtesy copy of the Motion for Summary Judgment and all accompanying exhibits no later than **Tuesday, December 24, 2013**. (Doc. #39, Doc. #40).

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of December, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record